IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FENNELL, | No. 4:22-CV-00880 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JOHN E. WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of February 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Docs. 5, 17, 28) pursuant to Federal Rule of Civil Procedure 12(b)(6) are **GRANTED** as specified in the accompanying Memorandum.

2. Plaintiff's Section 1983 claims are **DISMISSED** with prejudice.

3. Plaintiff's state-law claims are voluntarily **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Alternatively, to the extent that Plaintiff did not intend to withdraw his state-law claims, the Court declines to exercise supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367(c)(3).

4. Plaintiff's motion a preliminary injunction (Doc. 36) is **DISMISSED** as moot in light of the foregoing paragraphs.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge